UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID D. TCHAPTCHED,

                 Plaintiff,

      -against-

MASHOOD,

                 Defendant.

23-CV-9704 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 5, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 5, 2023
            New York, New York

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                            Chief United States District Judge